UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PAMELA BOYD MILLER, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-1519 |
| | § | |
| ANDREW SAUL, *et al*, | § § | |
| Defendants. | § § | |

## ORDER

Before the Court is United States Magistrate Judge Frances H. Stacy's Memorandum and Recommendation filed on August 12, 2019 (Doc. #19). The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See Cruz v. Colvin*, No. 7:14-CV-780, 2016 WL 728182, at *1 n.1 (S.D. Tex. Feb. 24, 2016). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

It is so ORDERED.

OCT 0 7 2019
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge